Robert E. Hoskins<br>
rhoskins@erisaexperience.com<br>
GREENVILLE

August 7, 2013

<u>*via E-mail*</u>

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

     Re:    *Richard Bilheimer v. Federal Express Corporation Long Term Disability Plan*
             *Case No.: 13-1859*

Dear Ms. Connor:

     I am writing this letter to the Court in response to Mr. Bilheimer's letter of August 6, 2013. Respectfully, his characterization that I "voluntarily removed" myself from defending him in his appellate case is not accurate. He is correct that I will not be representing him on appeal. However, I am still counsel of record in the District Court, and did not move to withdraw in that Court. But, I never entered a notice of appearance in this Honorable Court to represent Mr. Bilheimer on appeal for reasons I can't go into. Therefore, I haven't "voluntarily removed" myself from anything. Instead, I simply never agreed to represent Mr. Bilheimer on appeal. I don't want the Court to think that I entered a notice of appearance and then arbitrarily decided I wasn't going to move forward on behalf of a client. To be clear, I have never entered a notice of appearance with this Court on this particular appeal and, apparently, I will not be representing Mr. Bilheimer in light of his letter of August 6, 2013. Therefore, I will not need to participate in the mediation conference scheduled for next Tuesday. If the Court needs any further clarification or if I need to provide any additional information just let me know.

     With kind regards, I remain,

                            Sincerely,

                            /s Robert E. Hoskins

REH/laf
cc:    Colby Morgan, Esq.
        Richard Bilheimer