# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 13-1859,    <u>Richard Bilheimer v. Federal Express Corporation</u>
6:12-cv-00383-GRA

**1. Jurisdiction (for appellants/petitioners only)**
A. Name of court or agency from which review is sought:

B. Date(s) of order or orders for which review is sought:

**2. Timeliness of notice of appeal or petition for review (for prisoners only)**
Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:

**3. Issues for Review**
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**

**Supporting Facts and Argument.**

*please read the attached pages*

**Issue 2.**

**Supporting Facts and Argument.**

*please read the attached pages*

[signature: Richard Bilheimer]

**Issue 3.**

**Supporting Facts and Argument.**

please read The attached pages

**Issue 4.** — PERSONAL NOTE

**Supporting Facts and Argument**

please read The attached pages

4. **Relief Requested**
Identify the precise action you want the Court of Appeals to take:

Please Uphold The court ruling of Honorable G. Ross Anderson, JR, the Senior United States District of South Carolina, Greenville, Division

5. **Prior appeals (for appellants/petitioners only)**

N/A

[signature]

A. Have you filed other cases in this Court? Yes [ ] No [X]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

*[signature]*
Signature
[Notarization Not Required]

*Richard Bilheimer*
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
*********************

I certify that on 8-30-2013 I served a copy of this Informal Brief on all parties, addressed as shown below:

*[signature]*
Signature

CC
Colby S. Morgan, Jr.
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B 3rd Floor
Memphis, TN 38125-0000

ORIGINALS: Ms. Barbara H. Rowe, Deputy Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main St,
Suite 501
Richmond, VA 23219

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF
## NO 13-1859

### Richard Bilheimer v. Federal Express Corporation 6:12-cv-00383-GRA

**Issue (1) (2) & (3)** I defer to the decision made by the *Honorable G. Ross Anderson, Jr. Senior United States District Judge.*

Quotes from that decision on **June 5, 2013:**

> The Fourth Circuit recently held that: "Courts should determine the common and ordinary meaning [of an LTD Plan term] as a reasonable person in the position of the plan participant would have understood the words. Our inquiry, then, requires us to consider what a reasonable person in the position of the participant would have understood those terms to mean." *Johnson v. Am. United Life Ins.*, F.3d, 2013 WL 2284875, at *5 (4th Cir. May 24, 2013) (internal quotation marks and citations omitted).
>
> Interpreting the term "compensable employment" as a reasonable person in Plaintiff's position would, the Court finds that the phrase "any compensable employment" should not "be construed so narrowly that an individual must be utterly helpless to be considered disabled … [N]ominal employment, such as selling peanuts or pencils which would yield only a pittance, does not constitute." compensable employment. *VanderKlok v. Provident Life & Accident Ins. Co.*, 956 F.2d 610,615 (6th Cir. 1992); *see Peterson v. Fed. Express Corp. Long Term Disability Plan*, No. CV-05-1622-PHX-NVW, 2007 WL 1624644, at *34 (D. Ariz. June 4, 2007) ("[T]he court notes that a total-disability determination cannot reasonably hinge on whether an employee is minimally capable, on a good day, at the right hour, of fulfilling her job duties in barely tolerable fashion. Qualification for employment requires an ability to work effectively and to be reliable."). The Court concludes that the limitations articulated by Dr. Morris would preclude Plaintiff from engaging in any compensable employment for twenty-five hours per week.
>
> **Plaintiff is Totally Disabled from Engaging in Any Compensable Employment.**
>
> The Court finds that the weight of the evidence indicates that Plaintiff has the complete inability to engage in any compensable employment for twenty-five hours per week and is thus totally disabled.

Thank you, Your Honor.

Informal Brief NO 13-1859
Richard Bilheimer v. Federal Express Corporation 6:12-cv-00383-GRA

**Issue (4) is on more a personal note.**
I would like to introduce myself. I am Richard Bilheimer. I am 59 years old. Divorced. I have one son, Samuel. Sam graduated this year from the University of North Florida. I could be your neighbor, your friend or in-law, just a regular guy. I am in almost constant pain. I had a career, a wife, and a house. I was injured through no fault of my own while working for FedEx. Since my injury, I have lost my career, my wife, and my house. Along with my health and my plans for the future. This is my reality.

    I am not alone, I am one of thousands of workers who has been victimized by an LTD plan from one of the largest employers in the world, FedEx. Plans and promises made with purpose to change a word here or there and that is the companies' loophole, the interpretation of a word, not the obvious meaning, theirs is a meaning which gives them the chance to deny benefits. No one should be treated this way, regardless of their job description. I have been advised by a previous, unnamed attorney that even if you rule to uphold, my benefits will be paid for a few months and then they will cut me off and then I will not have any relief from the courts. Really? Can this be true in the United States of America? I was told, "absolutely!"

    I had a career, I was a Senior Safety Specialist, of the South Florida District and an active member of the Florida Motor Truck Association Safety Committee. Which comprised 19 stations, 3 international airports and a heavyweight trucking division. FedEx business plan philosophy which is given to all employees when hired is *P.S.P. (People, Service, Profit)*. I believed that they were put in that order for a reason. One to which I adhered to in my everyday 24/7 tasks and duties. I have over 27 years of safety experience which includes underground mining, manufacturing, construction, government and transportation I began to implement a continuous improvement of safety achievements for the FedEx's South Florida District for vehicle safety performance and worker safety performance. In fact there were several years the South Florida District was the number one district in the united states in worker safety. And a better than 50% improvement in vehicle safety performance. During my 9 years in this position I strived to build a safety culture with continuous improvement. I received a star award and was nominated for a five star award, the top award any employee could earn for performance and achievement. I well, I sat on the board of directors of the Lehigh Valley Chapter of the National Safety Council—the oldest chapter in the United States. I was a member of the American Society of Safety Engineers as well as the Virginia Aggregate Association Safety Committee. I was a certified Underground and Surface Instructor and Trainer with the Department of Labor and Industry Mine Safety and Health Administration (M.S.H.A.). I was known by my peers and employees as their "safety friend." It was with great sadness that following the non-preventable accident on December 1, 2005, while on duty driving to a company workplace, that I was rendered permanently and totally disabled. I was terminated and denied my benefits, preventing me from furthering my career in safety, about which I was so passionate.

    The injuries disabled me and gave me 10+ degree pain on the Physician's Pain Scale. The medications I must take make my quality of life less than ordinary. So many pills. So little relief. And still fighting to get the benefits I earned.

    Before the pills, I had plans for my future, as we all do. That has all changed. From December 2005 until March 2010 I did not have any income from wages. I was able to survive for those 1,500 plus days of pain, loss of sleep uncertainty and lawsuits to

*[signature: Richard Bilheimer]*

Informal Brief NO 13-1859
Richard Bilheimer v. Federal Express Corporation 6:12-cv-00383-GRA

get my benefits, by using my savings, selling my possessions, being much more cautious of my use of electric and fuel and many more sacrifices made by people I had been helping. FedEx was not honoring its promises and Social Security Disability Insurance Benefits took time with denials and appeals. Time moves forward and life changes. As horrific as my pain can be, I have resigned myself to the fact that it will never feel better. I need my benefits of LTD and all that it entails as an employee who is now disabled.

      I have been working to obtain my benefits for almost eight years. The injury date that ended my career being December 1, 2005. I am asking that the District Court Decision be upheld and that I may receive the benefits that I was promised and trusted FedEx to disperse to me. I never thought that I would be before an honorable court presenting this case to decide on a life issue. My life issue. It is with my sincerest and most humble gratitude to the *Honorable G. Ross Anderson, Jr. Senior United States District Judge* for getting "it" right. Now, I plea to the Honorable Court of Appeals to agree with him, as his decision is correct and the district court did not err.

**Sent To: Ms. Barbara H. Rowe, Deputy Clerk**
      **United States Court of Appeals for the Fourth Circuit**
      **1100 East Main Street**
      **Suite 501**
      **Richmond, VA  23219**

**CC: Colby S. Morgan Jr.**
      **Federal Express Corporation**
      **3620 Hacks Cross Road**
      **Building B 3rd Floor**
      **Memphis, TN  38125-0000**

*Regards,*

*[signature]*


